## MADDOX vs. HEARD et al.

The condition prescribed by the 3533d section of the Code in the bond of plaintiff in garnishment proceedings at common law after judgment, is "to pay said defendant all costs and damages that he may sustain in consequence of suing out said garnishment in the event it should appear that the amount sworn to be due on such judgment was not due." The condition of the bond given in this case is as follows: "Now, if there is no such judgment as aforesaid, this bond is to be good and valid against the said J. Maddox and his security, in favor of the said Lewis Morrison, the defendant in said judgment; otherwise to be of no force and effect."

Held, that the variance is fatal, and the garnishment was properly dismissed at plaintiff's cost.

JACKSON, Justice.

## MITCHELL vs. THE STATE OF GEORGIA.

[WARNER, Chief Justice, being engaged in presiding over the senate organized as a court of impeachment, did not sit in this case.]

An order for one dollar, payable to the prisoner, and written in pencil, the amount being expressed in a figure one with two noughts, thus, $1.00, was delivered to him in payment of a debt for that sum, which was all that the drawer owed him. He presented it to the drawee for payment, and it then had a figure eight in place of the figure one, and he received payment accordingly:

Held, that with these facts and the order before them, the jury were justified in finding that the one had been altered to an eight, though a witness, using a microscope, testified that he could discern no trace of any alteration:

Held, also, that the jury could infer that the alteration was made by the prisoner, there being evidence that he could write, and no evidence to implicate any other person.

BLECKLEY, Justice.

## SHANNON vs. DANIEL.

On certiorari from the county court, where the judgment is reversed, the case should be remanded for a new trial if questions of fact are involved.

WARNER, Chief Justice.